*Movant Shall Certify Notice To All Interested Parties Of The New Hearing Date Fixed By The Court.*

Hearing: 7/25/17 @ 10:00am

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

2017 JUN 21 P 12: [illegible]
BY: [signature] JEANNE A. NAUGHTON, DEPUTY CLERK
U.S. BANKRUPTCY COURT FILED TRENTON, NJ

Case No.: 17 22014 CMG

Judge: C Gravelle

Chapter: 7

## APPLICATION FOR REFUND OF FILING FEE

On __June 2017__, the undersigned filed a __Chapter 7 ~~transcript~~__ on behalf of __Meadow Thorne__. A fee concerning the filing was paid in the amount of __$299__. I request that the court issue a refund of the filing fee for the reason set forth below.

Applicant must describe in detail the circumstances surrounding the error: I asked when we paid thru May 11th if paperwork could be done before May 26th + mailed in she said yes. ~~the~~ I took class next day + was told I'd see papers by next week. I had a birthday trip + papers never arrive before then. I never got papers after and called. She never called or gave us them. She never advised I need to make payment when first sending in. She was asked for 3 weeks to refund + never would. She did papers wrong + incomplete. I've suffered mental health issues + ptsd blackouts from her

I certify under penalty of perjury that the above is true.

Dated: __June 2017__          [signature]
                                         Applicant's signature

new.2/1/16

I feel she intentionally left paperwork out to cause more issues. I like to report her + see her loose licence