**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Meadow Thorne** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4613 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–22014–CMG | |

# Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Meadow Thorne

10/20/17                                                                          **By the court:**   Christine M. Gravelle
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22014-CMG
Meadow Thorne                                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Oct 20, 2017
                              Form ID: 318           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
```
db            #+Meadow Thorne,    48 Parkside Court,    Glen Gardner, NJ 08826-3640
pp             +Diane Schultz,    81 N. Broad St.,    Phillipsburg, NJ 08865-1206
516877808      Chrysler Financial,    P.O. Box 660335,,    Dallas, TX 75266-0335
516877809     +HSBC Bank /Best Buy,    PO Box 60578,    Los Angeles, CA 90060-0578
516877811     +NJ Surcharge Violations System,    POB 4850,    Trenton, NJ 08650-4850
516879782     +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516877812      Parkside,    Parkside Court,    Glen Gardner, NJ 08826
516877813     +Pioneer,    197 SW Waterford Court,    Lake City, FL 32025-0711
516877814     +Pioneer,    197 Waterford court,    Lake City, FL 32025-0711
516877815     +San Isabel electric,    781 E Industrial Blvd,    Pueblo, CO 81007-1592
516877817     +Verizon,    P.O. Box 4846,    Trenton, NJ 08650-4846
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:05    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516877810     +EDI: MID8.COM Oct 20 2017 22:48:00    Midland Credit,    2365 Northside Dr. 300,
               San Diego, CA 92108-2709
516877816     +EDI: TDBANKNORTH.COM Oct 20 2017 22:48:00    TD bank,    1701 Route 70 East,
               Cherry Hill, NJ 08003-2335
516877818     +E-mail/Text: bankruptcyreports@wakeassoc.com Oct 20 2017 23:05:55    Wakefield & Associates,
               3091 S Jamaica Ct. 200,    Aurora, CO 80014-2639
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
```
              Barry R. Sharer     CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 2
```